UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EDMUND BEEKMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**EXCELSIOR INSURANCE, et al.,**<br><br>Defendants. | Civil Action No. 14-363 (AET)<br><br><br>**REPORT AND RECOMMENDATION** |

**BONGIOVANNI, Magistrate Judge**

    This matter is one of the numerous cases involving wind damage sustained during Hurricane/Superstorm Sandy and removed to the District of New Jersey pursuant to 28 U.S.C. § 1332.  Like many similar cases, as discovery progressed, questions arose as to whether the amount in controversy met the minimum jurisdictional dollar amount of $75,000.  Following a July 2, 2014 status conference, the Court requested that the parties provide documentation regarding the amount in controversy in advance of the September 16, 2014 Final Pretrial Conference.  [Docket Entry No. 12].

    The parties subsequently stipulated that any damages in this matter would not exceed $75,000.  [Docket Entry No. 13].   During a September 8, 2014 telephone call, Defendants' counsel informed Court staff that the aforementioned stipulation to constituted the parties' consent to remand this matter.

### Conclusion

    Thus, the Court having considered the parties' submissions,

    IT IS on this 10th day of September, 2014,

    RECOMMENDED that Plaintiff's Complaint be REMANDED to the Superior Court of New Jersey, Monmouth County; and it is

ORDERED that the Clerk of the Court activate this Report and Recommendation.

Parties are advised that pursuant to FED.R.CIV.P. 72(b)(2), they may file an objection to the disposition recommended herein within 14 days of being served with a copy of this Report and Recommendation.

_____s/Tonianne J. Bongiovanni_____
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**
