NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

EDMUND BEEKMAN

        Plaintiff,

  v.

EXCELSIOR INSURANCE, et al.,

        Defendants.

Civ. No. 14-363

MEMORANDUM ORDER

THOMPSON, U.S.D.J.

    THIS MATTER having been brought before the Court pursuant to Fed. R. Civ. P. 72(b); and it appearing that on September 10, 2014, United States Magistrate Judge Tonianne J. Bongiovanni filed a Report and Recommendation [14] in this case; and the Parties having been given opportunity to respond or otherwise object to this Report and Recommendation by September 24, 2014; and no objections having been received as of that date; and it appearing after review that this Court should adopt the Report and Recommendation without modification;

    It is on this 24th day of October, 2014,

    ORDERED that the Report and Recommendation is hereby adopted and entered, and the Plaintiff's Complaint is REMANDED to the Superior Court of New Jersey, Monmouth County, and it is further

    ORDERED that this case is closed.

                                    */s/ Anne E. Thompson*
                                ANNE E. THOMPSON, U.S.D.J.